# BROMBERG LAW OFFICE, P.C.

| | |
|---|---|
| Brian L. Bromberg (Admitted in NY & CA) | 26 Broadway, 21st Floor |
| Jonathan R. Miller (Admitted in NY, MO & NC) | New York, NY 10004 |
| | Phone: (212) 248-7906 |
| | Fax:    (212) 248-7908 |

October 18, 2016

<u>Via ECF</u>
Honorable Arlene R. Lindsay, U.S.M.J.
Eastern District of New York
100 Federal Square
Central Islip, NY 11722

Re:   *Jackson v. Lowe's Companies, Inc., et al.*, No. 15-CV-4167(ADS)(ARL)

Dear Judge Lindsay:

My office, together with co-counsel, represents the plaintiff, Leslie Jackson, in the above-referenced case.

I am writing to request an adjournment *sine die* of the final pretrial conference scheduled for Thursday, November 3, 2016. I am making this request because my co-counsel, Fink & Katz, PLLC, and I have a motion to withdraw as counsel pending before the Honorable Arthur D. Spatt. This case presents circumstances that require Fink & Katz, PLLC, and my office to withdraw. Therefore, we request that Your Honor adjourn the conference *sine die* pending a determination by Judge Spatt of the motion.

Respectfully,

<u>/s/ Brian L. Bromberg</u>
Brian L. Bromberg

cc:   All attorneys of record (Via ECF)
      Leslie Jackson (Via Email)