# EXHIBIT A

```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF NEW YORK


LESLIE JACKSON,                    . Civil No.  15-CV-04167-ADS-ARL
                                   .
          Vs.                      .
                                   . 100 Federal Plaza
LOWE'S COMPANIES, INC.,ET AL,      . Central Islip, NY 11722
                                   .
                                   . DATE   January 12, 2017
. . . . . . . . . . . . . . . . . .


                   TRANSCRIPT OF STATUS CONFERENCE
                BEFORE THE HONORABLE ARLENE LINDSAY
                   UNITED STATES MAGISTRATE JUDGE



APPEARANCES:


Plaintiff:          LESLIE JACKSON, Pro se



For The Defendant:  Kral Clerkin Redmond Ryan Perry VanEtten
                    BY:  HENRY MICHAEL PRIMAVERA, ESQ.
                    538 Broadhollow Road
                    Suite 200
                    Melville,  NY  11747




Proceedings recorded by electronic sound recording, transcript
              produced by transcription service.
```
_____

**TRACY GRIBBEN TRANSCRIPTION, LLC**
859 Nutswamp Road
Red Bank, New Jersey 07701
**(732) 263-0044    Fax No. 732-865-7179**
800 603-6212
www.tgribbentranscription.com

Colloquy                                              20

1              THE COURT:  -- for register number 2 and for the
2   contractor's desk.
3              MR. PRIMAVERA:  He, Judge, first of all I can't give
4   him a receipt that doesn't exist.
5              THE COURT:  No, the register inventory receipts.
6              MR. PRIMAVERA:  His attorneys have it.  I'll send it
7   again.
8              THE COURT:  Send him another copy.
9              MR. PRIMAVERA:  Fine.
10             THE COURT:  For the 50 minute period from the first
11  observation of the plaintiff in the store when he purchased the
12  first one and the observation of the second purchase.
13             MR. PRIMAVERA:  Right.
14             THE COURT:  At those two registers --
15             MR. PRIMAVERA:  No, there wasn't a second purchase.
16             THE COURT:  What was that?
17             MR. PRIMAVERA:  There wasn't a second purchase.
18             THE COURT:  Well, I understand that, stop with the
19  argument.
20             MR. PRIMAVERA:  But I will --
21             THE COURT:  Mr. Primavera, listen to me.
22             MR. PRIMAVERA:  I am.
23             THE COURT:  You are to give him the register printout
24  for the two registers, number 2 and the contractor's desk, for
25  the period from the time he went into the store at the first

1  time, to the period that he left the store the second time.
2  And then he'll go from there.
3              MR. PRIMAVERA:  But -- okay.
4              THE COURT:  You got it?  I know you're going to tell
5  me he got it already, his lawyer got it, but give him another
6  copy.
7              MR. PRIMAVERA:  Okay.
8              MR. JACKSON:  Your Honor.
9              THE COURT:  That's it.
10             MR. JACKSON:  I asked for a CD of the -- he sent me
11 the CD.
12             THE COURT:  Yes.
13             MR. JACKSON:  I couldn't, I wasn't able to view it.
14 So I took it to Staples to the Geek Department, and see if they
15 can do it, to give me a copy of it, and they said they can't do
16 nothing with this video.  So I would like for the -- to ask
17 this Court --
18             THE COURT:  What do you want him to do?
19             MR. JACKSON:  I would like to ask the Court if he can
20 send me a copy that I can put in my laptop, on my computer and
21 I can view it.  I can't view this.
22             THE COURT:  Why not?
23             MR. PRIMAVERA:  I don't know why the CD is not
24 working.
25             MR. JACKSON:  I took it to the Geek Department in