# EXHIBIT B

# PERRY, VAN ETTEN,
# ROZANSKI & PRIMAVERA, LLP

PLEASE REPLY TO:

NEW YORK OFFICE
30 Broad Street, 44th Floor
New York, New York 10004
(212) 406-9710
Fax (646) 370-3303

Henry M. Primavera
Member of the Firm
hmprimavera@pvrplaw.com
Extension 220

LONG ISLAND OFFICE
538 Broadhollow Road, Suite 200
Melville, New York 11747
(631) 414-7930
Fax (631) 777-4504

Members of the Firm
Douglas P. Perry
Jeffrey K. Van Etten*
Thaddeus J. Rozanski
Henry M. Primavera

Associates
John J. Ullrich
Amara S. Faulkner
Amanda L. Perry
Steven E. Snair
Jessica Beauvais

Partners
Jerome S. Oliner*
Leonard Porcelli**
Geoffrey H. Pforr
Joseph C. Bellard
Thomas F. Maher
Kenneth J. Kutner **

Of Counsel
James C. Clerkin
Elizabeth G. Kastner
Justine L. Grisanti-Van Etten*

Also admitted in
New Jersey*
Connecticut**

February 22, 2017

Dorsey & Whitney, LLP
51 West 52nd Street
New York, NY 10019

Attention: Amanda M. Prentice, Esq.

   Re:  Jackson v. Lowe's Companies, Inc. and Dennis Shanley
      Our File No.: 845252

Dear Ms. Prentice:

  In conformity with the Order of Magistrate Judge Arlene R. Lindsay, we enclose herein "Register Number 3 Prod. PDF," which reflects all sales at the contractor register between 7:53 a.m. and 7:54 a.m. at the subject Lowe's Home Center.

               PERRY, VAN ETTEN,
               ROZANSKI & PRIMAVERA, LLP

               By: _____
                 HENRY M. PRIMAVERA

HMP/lg
Enclosure

| | A | B | C | D | E | F | G | H | I | J | K | L | M | N | O | P | Q | R | S | T | U |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Invoice # | IVO_SEQ_NBR | Store # | Date | Item # | Item Description | Item Quantity | MAS SAL TNS NBR | Register Number | Register Location | Sale Time | Item Sequence | Total Item Quantity | ITM TYP CD | Item Type | FOP TYP CD | FOP | Total Sale Amount | Total Sales Tax | TNS TYP CD | Transaction Type |
| 1 | 3789 | 1 | 2664 | 12/20/2012 | 13561 | JM R30 F 58.66-SQ FT 16-INX4-FT B | 8 | 3007843 | 3 | CTR | 75100 | 1 | 9 | 11 | REGULAR | 7 | LOWES ACCOUNT RECEIVABLE (GECC LAR) | 367.52 | 31.70 | 1 | SALE |
| 2 | 3789 | 1 | 2664 | 12/20/2012 | 155670 | PROMOTIONAL DISCOUNT APPLIED | 1 | 3007843 | 3 | CTR | 75100 | 2 | 9 | 10 | FREE MERCHANDISE - NON-INVENTORIED | 7 | LOWES ACCOUNT RECEIVABLE (GECC LAR) | 367.52 | 31.70 | 1 | SALE |
| 3 | 3790 | 1 | 2664 | 12/20/2012 | 313806 | CONTINENTAL 5/8-4-8 MMR TYPE X | 2 | 3008016 | 3 | CTR | 75400 | 1 | 10 | 11 | REGULAR | 7 | LOWES ACCOUNT RECEIVABLE (GECC LAR) | 70.70 | 6.10 | 1 | SALE |
| 4 | 3790 | 1 | 2664 | 12/20/2012 | 323974 | 5-LB 3-IN TAN EXT SCREW | 1 | 3008016 | 3 | CTR | 75400 | 2 | 10 | 11 | REGULAR | 7 | LOWES ACCOUNT RECEIVABLE (GECC LAR) | 70.70 | 6.10 | 1 | SALE |
| 5 | 3790 | 1 | 2664 | 12/20/2012 | 330568 | 2-4-8 #2 KD DF SELECT STUD | 6 | 3008016 | 3 | CTR | 75400 | 3 | 10 | 11 | REGULAR | 7 | LOWES ACCOUNT RECEIVABLE (GECC LAR) | 70.70 | 6.10 | 1 | SALE |
| 6 | 3790 | 1 | 2664 | 12/20/2012 | 155670 | PROMOTIONAL DISCOUNT APPLIED | 1 | 3008016 | 3 | CTR | 75400 | 4 | 10 | 10 | FREE MERCHANDISE - NON-INVENTORIED | 7 | LOWES ACCOUNT RECEIVABLE (GECC LAR) | 70.70 | 6.10 | 1 | SALE |