

                                                   **AMANDA M. PRENTICE**
                                                   Associate
                                                 **(212) 415-9349**
                                  **prentice.amanda@dorsey.com**

June 9, 2017

**<u>VIA ECF</u>**

The Honorable Arlene R. Lindsay
United States District Court
Eastern District of New York
Long Island Courthouse
100 Federal Plaza
Central Islip, NY 11722

      Re:    *Leslie Jackson v. Lowe's Companies, Inc. and Dennis Shanley, 15-cv-04167 (ADS) (ARL)*

Dear Magistrate Judge Lindsay:

      We write on behalf of both parties in the above-referenced matter to request an extension of the pre-trial conference scheduled for June 29, 2017 at 2:15 p.m.

      The parties are in active settlement discussions, but will need more time to reach an agreement, due in part to the travel schedules of attorneys involved. Moreover, in light of the fact that lead counsel for plaintiff Jackson will be out of the country from June 29 until July 12, we respectfully request a continuation of the final pre-trial conference, as well as the submission of the parties' joint pre-trial order, until July 28, or as soon thereafter as the Court is available.

      We thank the Court for its time and consideration in this matter.

                                                  Respectfully submitted,

                                                    /s/ Amanda M. Prentice

                                                    Amanda M. Prentice

cc:      All Counsel of Record (via ECF)