

                              **AMANDA M. PRENTICE**
                                        Associate
                                     **(212) 415-9349**
                             **prentice.amanda@dorsey.com**

August 4, 2017

**<u>VIA ECF</u>**

The Honorable Arlene R. Lindsay
United States District Court
Eastern District of New York
Long Island Courthouse
100 Federal Plaza
Central Islip, NY 11722

      Re:    *Leslie Jackson v. Lowe's Companies, Inc. and Dennis Shanley*, 15-cv-04167
              *(ADS) (ARL)*

Dear Magistrate Judge Lindsay:

      We represent plaintiff Leslie Jackson in the above-referenced matter. On behalf of both plaintiff and defendants, we wish to inform the Court that the parties are working diligently on settlement and expect to seek dismissal of this matter in the near future. Accordingly, we respectfully request that the Court adjourn the final pre-trial conference scheduled for next Tuesday, August 8, at 11:30 a.m.

      We will keep the Court informed of our progress on settlement.

                                            Respectfully submitted,

                                            /s/ Amanda M. Prentice

                                            Amanda M. Prentice

cc:     All Counsel of Record (via ECF)