UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------X
LESLIE JACKSON,                                              15-CV-04167 (ADS)(ARL)

                         Plaintiff,         *STIPULATION*
                                          *OF DISMISSAL*

-against-

LOWE'S COMPANIES, INC. and DENNIS SHANLEY,

                         Defendants.
---------------------------------------------------------X

       IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for all the parties to the above-entitled action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee and no person not a party has an interest in the subject matter of the action, the above-entitled action is hereby dismissed pursuant to Fed. R. Civ. P. 41(a)(1)(ii) and pursuant to the parties' confidential settlement agreement, with prejudice and without costs, expenses, and attorneys' fees to either party as against the other. This stipulation may be filed without further notice with the Clerk of the Court.

Dated: Melville, New York
          July 31, 2017

DORSEY & WHITNEY, LLP                     PERRY, VAN ETTEN, ROZANSKI
                                                                 & PRIMAVERA, LLP

By: /s/ Amanda Prentice                          By: /s/ Thaddeus Rozanski
AMANDA M. PRENTICE (0505)            THADDEUS J. ROZANSKI (8338)
Attorneys for Plaintiff                                 Attorneys for Defendants
51 West 52nd Street                                      LOWE'S COMPANIES, INC. and
New York, New York 10019                      DENNIS SHANLEY
(212) 415-9349                                           538 Broadhollow Road, Suite 200
                                                          Melville, New York 11747
                                                          (631) 414-7930